UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10368-GAO

MARK MARTONE
Petitioner,

v.

DUANE MacEACHERN,
Respondent.

ORDER
July 13, 2010

O'TOOLE, D.J.

On March 3, 2010, the petitioner was ordered to pay the $5.00 filing fee or to file a motion for leave to proceed *in forma pauperis* accompanied by a certified prison account statement. The petitioner, in a letter dated March 10, 2010, indicated that his filing fee had been mailed with his petition for a writ of habeas corpus. The Court has no record of receiving this payment.

The petitioner is therefore ordered to resubmit his filing fee or file a motion for leave to proceed *in forma pauperis* accompanied by a certified prison account statement within twenty-one (21) days of this Order.

It is SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　   /s/ George A. O'Toole, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge